Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>El Gaucho, Inc., et al,<br><br>Defendants. | CASE NO. 8:21-cv-01862-TJH-PLAx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS EL GAUCHO, INC., CARLOS RAFAEL PATTI, AND GIANCARLO PATTI   [JS-6]** |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. D/B/A INTEGRATED SPORTS MEDIA and Defendants EL GAUCHO, INC., CARLOS RAFAEL PATTI, AND GIANCARLO PATTI that the above-entitled action is hereby dismissed *without prejudice* against EL GAUCHO, INC., CARLOS RAFAEL PATTI, AND GIANCARLO PATTI.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 10, 2022, the dismissal shall be deemed to be *with prejudice*.

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:21-cv-01862-TJH-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____          Dated: JANUARY 10, 2022
The Honorable Terry J. Hatter, Jr
United States District Judge

///

///

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE (SERVICE BY MAIL)**

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:21-cv-01862-TJH-PLA
PAGE 2

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 10, 2022, I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS EL GAUCHO, INC., CARLOS RAFAEL PATTI, AND GIANCARLO PATTI**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Carlos Rafael Patti                                    (*Pro Se*)
4706 West 191st Street
Torrance, CA 90503

Giancarlo Patti                                         (*Pro Se*)
4706 West 191st Street
Torrance, CA 90503

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 10, 2022, at South Pasadena, California

Dated: January 10, 2022                    */s/Leticia Estrada*
                                                          **LETICIA ESTRADA**

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 8:21-cv-01862-TJH-PLA**
**PAGE 3**